No. 892. MOUSHON *v.* NATIONAL GARAGES, INC. ▮

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Robert G. Day* for appellant. *Thomas C. Angerstein, Sidney Z. Karasik, Paul R. Connolly* and *Charles T. Shanner* for appellee. ▮